# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:  BOBBY ANTONIO GLOVER                     Case No. ___12 B 35379___
            Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

☐ GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the
> bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ _76.50_   on or before _10/07/12_
>
> $ _76.50_   on or before _11/06/12_
>
> $ _76.50_   on or before _12/06/12_
>
> $ _76.50_   on or before _01/05/13_
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
> additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
> INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
> on _____ at _____ at _____
>                                             (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
> DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
> DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT: _Janet S. Baer_

DATE: _9/07/12_

_____
United States Bankruptcy Judge